# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-06007 MMM (MANx) | Date | July 12, 2011 |

Title  *Brisbin v. Law Office of Scott Carruthers*

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   Order To Show Cause Why Defendant's Answer Should Not Be Stricken And His Default Entered

On February 7, 2011, the court issued an order scheduling a telephonic status conference with counsel for July 7, 2011 at 5:15 p.m. The order directed plaintiff's counsel to initiate the call with counsel for defendant and the court on the line. Plaintiff's counsel did initiate the call, but when he attempted to reach defense counsel at the telephone number provided during discovery, plaintiff's counsel was told that he could no longer be reached at that number. Defense counsel has not sought to contact the court since failing to appear for the telephonic status conference. The court therefore directs defendant to show cause in writing on or before **July 19, 2011** why his answer should not be stricken and default entered for lack of prosecution and failure to follow court orders.