JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRISBIN, | ) CASE NO. CV 10-6007 MMM (MANx) |
| Plaintiff, | ) JUDGMENT FOR PLAINTIFF |
| vs. | ) |
| LAW OFFICE OF SCOTT CARRUTHERS, | ) |
| Defendant. | ) |

On July 31, 2012, the court granted plaintiff Bradley Brisbin's motion for entry of default judgment against defendant the Law Office of Scott Carruthers. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Brisbin recover from the Law Office of Scott Carruthers $2,000 in statutory damages, $5,276.40 in attorneys' fees, and $395 in costs, for a total of $7671.40; and

2. That the action be, and it hereby is, dismissed.

DATED: July 31, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE